In the Matter of JAMES QUINLAN, Appellant, against WILLIAM REID et al., Constituting the Board of Transportation of the City of New York, et al., Respondents.

Argued March 2, 1950; decided April 6, 1950.

*Charles Belous* and *Irving Lemov* for appellant.

*John P. McGrath, Corporation Counsel (Helen R. Cassidy* and *Seymour B. Quel* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.